# Earnings   Statement



KNIGHTS   OF  COLUMBUS
1 COLUMBUS   PLAZA,
SOUTH  ORANGE   STREET
NEW  HAVEN  CT 06510

Period Beginning:     05/18/2026
Period Ending:        05/31/2026
Pay Date:             06/04/2026

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

**JOSEPH   GIOVANETTI**
**387 LOVELL  AVE**
**BROOMALL  PA  19008**

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4615.38 | 67.50 | 4,615.38 | |
| Holiday | | 7.50 | | |
| LTD | | | 9.22 | 73.76 |
| **Gross Pay** | | | **$4,624.60** | 36,996.80 |

## Deductions

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -578.76 | 4,965.20 |
| | Social Security Tax | -271.24 | 2,235.68 |
| | Medicare Tax | -63.43 | 522.86 |
| | PA State Income Tax | -133.83 | 1,103.24 |
| | Marple Twp Local Svc Tax | -2.00 | 14.00 |
| | PA SUI Tax | -3.24 | 25.90 |
| | **Other** | | |
| | $ Roth | -46.25 | 92.50 |
| | $ 401K | -184.98* | 1,017.40 |
| | Ltd | -9.22 | |
| | MEDICAL pre tax | -265.21* | 1,060.84 |
| | **Net Pay** | **$3,066.44** | |
| | Checking Dep 2 | -3,066.44 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 15.42 | 123.36 |
| 401K Match | 138.74 | 832.44 |
| Totl Hrs Worked | 67.50 | |
| Ltd | | 73.76 |

### Important  Notes

COMPANY  PHONE  IS : 203-752-4000

BASIS  OF  PAY: SALARY

**\* Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$4,174.41

2000 ADP, Inc.

KNIGHTS  OF  COLUMBUS
1 COLUMBUS  PLAZA ,
SOUTH  ORANGE  STREET
NEW  HAVEN  CT 06510

**Advice number:**        00000▮▮▮▮▮
Pay  date:                06/04/2026

| Deposited   to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **JOSEPH   GIOVANETTI** | xxxxxx9020 | xxxx  xxxx | $3,066.44 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

LHF   220715  100345    1    0000230424

# Earnings  Statement



KNIGHTS  OF COLUMBUS
1 COLUMBUS  PLAZA,
SOUTH  ORANGE  STREET
NEW HAVEN  CT 06510

| | |
|---|---|
| Period Beginning: | 06/01/2026 |
| Period Ending: | 06/14/2026 |
| Pay Date: | 06/18/2026 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

**JOSEPH  GIOVANETTI**
**387 LOVELL  AVE**
**BROOMALL  PA  19008**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4615.38 | 75.00 | 4,615.38 | |
| LTD | | | 9.22 | 82.98 |
| **Gross Pay** | | | **$4,624.60** | 41,621.40 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -578.76 | 5,543.96 |
| | Social Security Tax | -271.24 | 2,506.92 |
| | Medicare Tax | -63.43 | 586.29 |
| | PA State Income Tax | -133.83 | 1,237.07 |
| | Marple Twp Local Svc Tax | -2.00 | 16.00 |
| | PA SUI Tax | -3.23 | 29.13 |
| | **Other** | | |
| | $ Roth | -46.25 | 138.75 |
| | $ 401K | -184.98* | 1,202.38 |
| | Ltd | -9.22 | |
| | MEDICAL pre tax | -265.21* | 1,326.05 |
| | **Net Pay** | **$3,066.45** | |
| | Checking Dep 2 | -3,066.45 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 15.42 | 138.78 |
| 401K Match | 138.74 | 971.18 |
| Totl Hrs Worked | 75.00 | |
| Ltd | | 82.98 |

**Important  Notes**

COMPANY  PHONE  IS : 203-752-4000

BASIS OF PAY: SALARY

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$4,174.41

2000 ADP, Inc.

KNIGHTS OF COLUMBUS
1 COLUMBUS PLAZA ,
SOUTH ORANGE STREET
NEW HAVEN CT 06510

Deposited   to the account   of
**JOSEPH  GIOVANETTI**

| | | | |
|---|---|---|---|
| **Advice number:** | 00000 | | |
| Pay date: | 06/18/2026 | | |
| account  number | transit ABA | | amount |
| xxxxxx9020 | xxxx  xxxx | | $3,066.45 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings   Statement



KNIGHTS  OF  COLUMBUS
1 COLUMBUS  PLAZA,
SOUTH  ORANGE  STREET
NEW  HAVEN  CT 06510

| | |
|---|---|
| Period Beginning: | 06/15/2026 |
| Period Ending: | 06/28/2026 |
| Pay Date: | 07/02/2026 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal:  Standard  Withholding  Table

**JOSEPH  GIOVANETTI**
**387 LOVELL  AVE**
**BROOMALL  PA  19008**

| Earnings | rate | salary/hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 4615.38 | 75.00 | 4,615.38 | |
| LTD | | | 9.22 | 92.20 |
| **Gross  Pay** | | | **$4,624.60** | 46,246.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -578.76 | 6,122.72 |
| | Social  Security  Tax | -271.23 | 2,778.15 |
| | Medicare  Tax | -63.44 | 649.73 |
| | PA  State  Income  Tax | -133.83 | 1,370.90 |
| | Marple  Twp  Local  Svc  Tax | -2.00 | 18.00 |
| | PA  SUI  Tax | -3.24 | 32.37 |
| | **Other** | | |
| | $ Roth | -46.25 | 185.00 |
| | $ 401K | -184.98* | 1,387.36 |
| | Ltd | -9.22 | |
| | MEDICAL  pre  tax | -265.21* | 1,591.26 |
| | **Net  Pay** | **$3,066.44** | |
| | Checking Dep 2 | -3,066.44 | |
| | **Net  Check** | **$0.00** | |

| Other  Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Group  Term  Life | 15.42 | 154.20 |
| 401K  Match | 138.74 | 1,109.92 |
| Totl Hrs Worked | 75.00 | |
| Ltd | | 92.20 |

**Important  Notes**

COMPANY  PHONE  IS : 203-752-4000

BASIS  OF  PAY: SALARY

**\* Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$4,174.41

2000 ADP, Inc.

KNIGHTS  OF  COLUMBUS
1 COLUMBUS  PLAZA ,
SOUTH  ORANGE  STREET
NEW  HAVEN  CT 06510

| | |
|---|---|
| **Advice number:** | 00000 |
| Pay  date: | 07/02/2026 |

Deposited   to  the  account   of

**JOSEPH  GIOVANETTI**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxx5020 | xxxx  xxxx | $3,066.44 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

Earnings Statement

KNIGHTS OF COLUMBUS
1 COLUMBUS PLAZA,
SOUTH ORANGE STREET
NEW HAVEN CT 06510

| | |
|---|---|
| Period Beginning: | 06/29/2026 |
| Period Ending: | 07/12/2026 |
| Pay Date: | 07/16/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**JOSEPH GIOVANETTI
387 LOVELL AVE
BROOMALL PA 19008**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4615.38 | 60.00 | 4,615.38 | |
| Holiday | | 7.50 | | |
| LTD | | | 9.22 | 101.42 |
| Vacation | | 7.50 | | |
| **Gross Pay** | | | **$4,624.60** | 50,870.60 |

Your federal taxable wages this period are
$4,356.00

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -618.71 | 6,741.43 |
| | Social Security Tax | -271.03 | 3,049.18 |
| | Medicare Tax | -63.39 | 713.12 |
| | PA State Income Tax | -133.73 | 1,504.63 |
| | Marple Twp Local Svc Tax | -2.00 | 20.00 |
| | PA SUI Tax | -3.24 | 35.61 |
| | **Other** | | |
| | Ltd | -9.22 | |
| | MEDICAL pre tax | -268.60* | 1,859.86 |
| | $ Roth | | 185.00 |
| | $ 401K | | 1,387.36 |
| | **Net Pay** | **$3,254.68** | |
| | Checking Dep 2 | -3,254.68 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 15.42 | 169.62 |
| 401K Match | | 1,109.92 |
| Totl Hrs Worked | 60.00 | |
| Ltd | | 101.42 |

**Important Notes**

COMPANY PHONE IS : 203-752-4000

BASIS OF PAY: SALARY

**\* Excluded from federal taxable wages**

2000 ADP, Inc.

KNIGHTS OF COLUMBUS
1 COLUMBUS PLAZA,
SOUTH ORANGE STREET
NEW HAVEN CT 06510

| | |
|---|---|
| **Advice number:** | **00000** |
| Pay date: | 07/16/2026 |

Deposited to the account of

**JOSEPH GIOVANETTI**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx5020 | xxxx xxxx | $3,254.68 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

LHF    220715  100345    1    000030010

# Earnings  Statement



*KNIGHTS  OF  COLUMBUS*
*1 COLUMBUS  PLAZA,*
*SOUTH  ORANGE  STREET*
*NEW  HAVEN  CT 06510*

| | |
|---|---|
| Period Beginning: | 07/13/2026 |
| Period Ending: | 07/26/2026 |
| Pay Date: | 07/30/2026 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

**JOSEPH  GIOVANETTI
387 LOVELL  AVE
BROOMALL  PA  19008**

## Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4615.38 | 60.00 | 4,615.38 | |
| LTD | | | 9.22 | 110.64 |
| Vacation | | 15.00 | | |
| **Gross Pay** | | | **$4,624.60** | 55,495.20 |

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -557.66 | 7,299.09 |
| Social Security Tax | -271.03 | 3,320.21 |
| Medicare Tax | -63.38 | 776.50 |
| PA State Income Tax | -133.73 | 1,638.36 |
| Marple Twp Local Svc Tax | -2.00 | 22.00 |
| PA SUI Tax | -3.24 | 38.85 |

**Other**

| | this period | year to date |
|---|---|---|
| $ 401K | -277.48* | 1,664.84 |
| Ltd | -9.22 | |
| MEDICAL  pre tax | -268.60* | 2,128.46 |
| $ Roth | | 185.00 |
| **Net Pay** | **$3,038.26** | |
| Checking Dep 2 | -3,038.26 | |
| **Net Check** | **$0.00** | |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Group Term Life | 15.42 | 185.04 |
| 401K Match | 138.74 | 1,248.66 |
| Totl Hrs Worked | 60.00 | |
| Ltd | | 110.64 |

## Important Notes

COMPANY  PHONE  IS : 203-752-4000

BASIS OF PAY: SALARY

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$4,078.52

2000 ADP, Inc.

KNIGHTS  OF  COLUMBUS
1 COLUMBUS PLAZA ,
SOUTH ORANGE STREET
NEW HAVEN CT 06510

| | |
|---|---|
| **Advice number:** | **00000** |
| Pay date: | 07/30/2026 |

Deposited   to the account   of

**JOSEPH  GIOVANETTI**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5020 | xxxx xxxx | $3,038.26 |

THIS IS NOT A CHECK

NON-NEGOTIABLE